December 31, 2004

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042
Mr. Francisco J. Rodriguez
Rodriguez Tovar & De Los Santos, LLP
1111 West Nolana
McAllen, TX 78504-3747

RE: Case Number: 01-1142
 Court of Appeals Number: 13-99-00789-CV
 Trial Court Number: 96-07-3839-E

Style: SOUTHWESTERN BELL TELEPHONE COMPANY
 v.
 DAVID GARZA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Medina not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Cathy Wilborn |